UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH E. ROBINSON,

    Petitioner,

v.                                                                      CASE NO. 6:06-cv-906-Orl-31DAB

SECRETARY OF CORRECTIONS, et al.,

    Respondents.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On November 3, 2006, the Court ordered Petitioner to show cause why this action should not be dismissed for failure to keep the Court advised of his current address (Doc. No. 12). Further, the Court notified Petitioner that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Petitioner has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED:**

1. This case is hereby **DISMISSED** without prejudice. The Court notes, however, that the dismissal without prejudice does not excuse Petitioner from the one year period of limitation for raising a habeas corpus petition in the federal courts. *See* 28 U.S.C. § 2244(d).

2. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this 21st day of November, 2006.

Copies to:
sa 11/21
Joseph E. Robinson

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE